IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HORTENCIA TODD, | § § | |
| *Plaintiff,* | § § § | SA-19-CV-01168-FB |
| vs. | § § § | |
| LYFT, INC., MR. RYAN TERRY VANGORDEN, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On August 26, 2020, the Court received notice that this case settled in mediation [#35].

**IT IS THEREFORE ORDERED** that the parties file a stipulation of dismissal on or before **September 25, 2020**.

**IT IS FURTHER ORDERED** that all current deadlines and settings are **VACATED** in light of the settlement.

SIGNED this 28th day of August, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE